**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

**Civil Action No. 13–cv–02158–RM–BNB**

RICHARD WALL,

    Plaintiff,

v.

WILLIAM RODMAN, M.D., and
ASPEN VALLEY HOSPITAL,

    Defendants.

_____

**ORDER ON STIPULATION TO DISMISS
ASPEN VALLEY HOSPITAL WITH PREJUDICE**
_____

    The Court, having reviewed the parties' Stipulation to Dismiss Aspen Valley Hospital With Prejudice (ECF No. 33) and being fully apprised, hereby ORDERS:

    1. Defendant Aspen Valley Hospital is DISMISSED WITH PREJUDICE; and

    2. Each party will bear his or its own attorney fees and costs.

DATED this 24th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge