IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 13-cv-02158-RM-BNB | Date: March 6, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| RICHARD WALL  **Plaintiff(s)** | *Philip J. Nathanson* |
| v. | |
| WILLIAM RODMAN, M.D.,  **Defendant(s)** | *Kim Brian Childs* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  2:23 p.m.

Appearance of counsel.

Plaintiff has not responded to Defendant's [35] Motion to Compel Discovery and for Sanctions filed on February 17, 2014.

For reasons stated on the record, it is

**ORDERED:**  Motion to Compel Discovery and for Sanctions [35] is GRANTED. Plaintiff shall respond to the discovery on or before March 14, 2014.  Costs are awarded.

Defendant's Motion for Sanctions Pursuant to F. R. Civ. P. 37(c)(1) [36] is DENIED.  Plaintiff shall supplement the Scheduling Order on or before March 21, 2014. No fees or costs are awarded.

Court in Recess:  2:37 p.m.   Hearing concluded.   Total time in Court:  00:14