IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02158-RM-BNB

RICHARD WALL,

Plaintiff,

v.

WILLIAM RODMAN, M.D., and
ASPEN VALLEY HOSPITAL,

Defendants.
_____

**ORDER**
_____

This matter arises on the following motions by defendant Rodman:

(1)   **Motion to Compel Discovery and for Sanctions** [Doc. # 35, filed 2/17/2014]

(the "Motion to Compel"); and

(2)   **Motion for Sanctions Pursuant to F. R. Civ. P. 37(c)(1)** [Doc. # 36, filed

2/17/2014].

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.

IT IS ORDERED:

(1)   The Motion to Compel [Doc. # 35] is GRANTED.  The plaintiff shall provide full

and complete responses to the discovery and produce responsive documents on or before

**March 14, 2014**.  The discovery responses must be made in full compliance with the formalities

of the Federal Rules of Civil Procedure;

(2)   Defendant Rodman is awarded his reasonable expenses incurred in making the

Motion to Compel, including attorneys fees. Fed. R. Civ. P. 37(a)(5)(A). The award is made jointly and severally against the plaintiff and his counsel. The parties are directed to confer in order to reach agreement about the amount of the award. If no agreement is reached or the award is not fully satisfied on or before March 28, 2014, defendant Rodman shall file, no later than March 31, 2014, a fee application that complies with the requirements of D.C.COLO.LCivR 54.3;

(3)     The Motion for Sanctions [Doc. # 36] is DENIED; and

(4)     The plaintiff shall comply with the Scheduling Order [Doc. # 26] and shall, on or before March 21, 2014, supplement the Scheduling Order with a good faith estimate of the economic damages claimed.

Dated March 6, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge