IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02158-RM-BNB

RICHARD WALL,

Plaintiff,

v.

WILLIAM RODMAN, M.D.,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw** [docket no. 55, filed April 2, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Aaron P. Bradford and Lauren E. Sykes no longer represent any party to this litigation and are to be removed from the electronic service.

DATED:  April 3, 2014