IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02158-RM-BNB

RICHARD WALL,

Plaintiff,

v.

WILLIAM RODMAN, M.D., and
ASPEN VALLEY HOSPITAL,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendant's Motion for Leave to File Reply** [Doc. # 70, filed 4/23/2014] (the "Motion").

The defendant seeks leave to file a CD "with all the documents plaintiff has produced in this case so the Court can make its own determination about whether plaintiff has complied with the Order granting Motion to Compel." Motion [Doc. # 70] at ¶4. I am informed that more than 1,000 documents have been produced. Response [Doc. # 68] at p. 3.

Judges lack the detailed familiarity with the facts of a case possessed by the parties and their counsel. Consequently, it is unreasonable to expect me to review 1,000 documents to determine whether full discovery responses have been made. Such a massive submission would be overwhelming and of no material assistance in deciding the issue presented.

IT IS ORDERED that the Motion [Doc. # 70] is DENIED.

Dated April 24, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge