IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02158-RM-BNB

RICHARD WALL,

Plaintiff,

v.

WILLIAM RODMAN, M.D., and
ASPEN VALLEY HOSPITAL,

Defendants.

_____

**ORDER**
_____

Pending are Defendant's Second Motion for Discovery Sanctions [Doc. # 48] and

defendant's Motion to Conduct Ex Parte Meetings With Certain Treating Physicians [Doc. # 51].

I held a hearing on the motions this afternoon and took them under advisement.  Factual disputes

essential to my determination of the Second Motion for Discovery Sanctions--including but not

limited to the medical records and releases provided to the defendant; the economic damages

information provided to the defendant; and the reasonableness of the plaintiff's efforts to provide

discovery responsive to the defendant's discovery requests--precluded me from entering an order

or recommendation on that motion.  In addition, the plaintiff's new counsel, Peter Ricciardelli,

has not had an opportunity to see or consider the motion for ex parte meetings.

IT IS ORDERED:

(1)     An evidentiary hearing to resolve factual issues concerning the discovery

provided to the defendant and the efforts by the plaintiff to provide full and complete discovery

is set for **June 18, 2014, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United

States Courthouse, 901 19th Street, Denver, Colorado;

(2)      The plaintiff and each of his lawyers--Alon Stein, Philip J. Nathanson, David

Neal Missner, and Peter A. Ricciardelli--must be present at the hearing **<u>in person</u>**; and

(3)      The plaintiff, through Mr. Ricciardelli, shall respond to the Motion to Conduct Ex

Parte Meetings With Certain Treating Physicians [Doc. # 51] on or before May 19, 2014.

Dated May 12, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge