IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02158-RM-BNB

RICHARD WALL,

Plaintiff,

v.

WILLIAM RODMAN, M.D.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Motion for Leave to Reply to Plaintiff's Response to Motion to Conduct Ex Parte Meetings** [docket no. 77, filed May 23, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant may file a reply to its Motion to Conduct Ex Parte Meetings with Certain Treating Physicians and Health Care Providers of Richard Wall [51]. The reply is due on or before **June 4, 2014**, and is limited to five (5) pages.

DATED:  May 28, 2014